UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :
STEPHEN BUSHANSKY,                     :
                     Plaintiff,     :
                              :            22 Civ. 9419 (LGS)
           -against-          :
                              :               ORDER
PROPTECH INVESTMENT CORPORATION  :
II, et al.,                                 :
                  Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated November 16, 2022, required the parties to file a proposed

case management plan and joint letter seven (7) days before the initial pretrial conference;

        WHEREAS, the initial pretrial conference is currently scheduled for January 11, 2023, at

4:00 p.m.;

        WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on

the docket;

        WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan; it is hereby

        **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties

shall file the joint status letter and proposed case management plan as soon as possible and no

later than **January 6, 2023, at 3:00 p.m.**  If Plaintiff has not been in communication with

Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an

adjournment of the initial conference as soon as possible and no later than **January 6, 2023, at**

**3:00 p.m.**

Dated: January 5, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE