UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No. 1:22-cv-09419-LGS |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| PROPTECH INVESTMENT CORPORATION, II, THOMAS D. HENNESSY, M. JOSEPH BECK, JACK LEENY, COURTNEY ROBINSON, MARGARET WHELAN, GLORIA FU, and ADAM BLAKE, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 6, 2023

**WEISS LAW**

By _/s/ Michael Rogovin_
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*